COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| El Paso Healthcare System d/b/a Las Palmas Medical Center, | § | No. 08-13-00285-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 3 |
| | § | |
| Laura Murphy, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2004-2844) |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **June 28, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **June 28, 2014.**

IT IS SO ORDERED this 4th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.